

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00404-CR

Maxwell Lynn **JORDAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1752
Honorable Joey Contreras, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we modify the first page of the trial court's Judgment Adjudicating Guilt dated May 31, 2018, as follows: under the heading "Restitution:" we delete the text "$16,000.00," and we insert the text "$1,600.00." We make no other changes to the judgment.

The trial court's judgment as modified is AFFIRMED.

SIGNED April 10, 2019.

_____
Patricia O. Alvarez, Justice